UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Levern Hayes                                                  Docket No. 7:14-CR-119-1BR

### Petition for Action on Supervised Release

COMES NOW Kristyn Super, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Levern Hayes, who, upon an earlier plea of guilty to Possession with the Intent to Distribute a Quantity of Marijuana, in violation of 21 U.S.C. § 841(a)(1), Using and Maintaining a Place for the Purpose of Manufacturing, Distributing and Using Marijuana, in violation of 21 U.S.C. § 856(a)(1), and Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. § 922(g)(1), was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on November 2, 2015, to the custody of the Bureau of Prisons for a term of 37 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Levern Hayes has a projected release date from the Bureau of Prisons on February 16, 2017.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Hayes transferred from FCI-Butner to the Residential Reentry Center on August 23, 2016. Since that time, he has been unable to secure an appropriate release plan. The probation officer consulted with the case manager at the Residential Reentry Center as well as the Bureau of Prisons, who agreed Hayes would benefit from an extended placement at the Residential Reentry Center to allow additional time for him to secure a suitable release plan. It is recommended the court impose placement at the Residential Reentry Center for a period of up to 120 days as a condition of supervision, and allow the probation officer to authorize his release from same once he secures an approved release plan.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall undergo placement in a residential reentry center for a period of up to 120 days as arranged by the probation office and shall abide by the conditions of that program during said placement. The defendant may be released upon securing an appropriate residence plan as approved and authorized by the probation officer.

Except as herein modified, the judgment shall remain in full force and effect.

Levern Hayes
Docket No. 7:14-CR-119-1BR
Petition For Action
Page 2

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton | /s/ Kristyn Super |
| Robert L. Thornton | Kristyn Super |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 200 Williamsburg Pkwy, Unit 2 |
| | Jacksonville, NC 28546-6762 |
| | Phone: 910-346-5104 |
| | Executed On: December 16, 2016 |

### ORDER OF THE COURT

Considered and ordered this  19  day of  December , 2016, and ordered filed and made a part of the records in the above case.

_____
W. Earl Britt
Senior U.S. District Judge